1  DAVID E. McALLISTER (AZ BN 021551)
   JOSEPHINE E. PIRANIO (AZ BN 020630)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858)750-7600
   Facsimile: (619) 590-1385
5  jsalmon@piteduncan.com

6
   Attorneys for LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES
7  2006-HE6

**THIS ORDER IS APPROVED.**

**Dated: October 29, 2009**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM ARTHUR SECRIST AND SUZETTE RACHELLE SECRIST,<br><br>Debtor(s). | Case No. 4:09-BK-21965-JMM<br><br>Chapter 7<br><br>ORDER MODIFYING THE AUTOMATIC STAY |
| LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE6,<br><br>Movant,<br><br>v.<br><br>WILLIAM ARTHUR SECRIST AND SUZETTE RACHELLE SECRIST, Debtor(s); and STANLEY J. KARTCHNER, Chapter 7 Trustee,<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

/././

/././

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 5711 East Goodpasture Lane, Florence, Arizona 85232 ("Real Property"), which is legally described as:

> LOT 106, OASIS SUNRISE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET D, SLIDE 95, AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 2003-007825, OFFICIAL RECORDS.

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

4. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

5. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

6. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE